**Hal M. GARDNER, Sr., Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2006–7320.

United States Court of Appeals, Federal Circuit.

Sept. 29, 2006.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42(b).

**Victor AGUILAR, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2006–3327.

United States Court of Appeals, Federal Circuit.

Sept. 29, 2006.

Victor Aguilar, pro se.

*ORDER*

The order of dismissal dated 09/25/2006 having been issued in error, the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

The brief of petitioner having been received and filed, the Respondent should compute the due date for filing its brief from the date of filing of this order.